

# OFFICE OF
# THE ATTORNEY GENERAL
## AUSTIN, TEXAS

Gerald C. Mann

Honorable I. Z. Lanier
County Auditor
Cass County
Linden, Texas

Dear Sir:

Opinion No. 0-900
Re: Should a sheriff be paid 4¢
for each mile he travels in
his car on official business
or a maximum sum of $50.00
per month per car?

Your request for an opinion on the above stated question has been received by this office.

Your letter reads, in part, as follows:

"Art. 3899 states that the County shall pay to the Sheriff for the use of his Automobile four cents for each mile traveled in the discharge of official business.

"We notice in the Senate Journal of the Regular Session of the 44th Legislature on page 1084 in S. C. R. No. 40 that it was the intention of the Legislature that the Sheriff be permitted to charge a maximum sum of Fifty Dollars per month per car.

"Please let us know if we should pay the Sheriff four cents for each mile traveled in his car on official business, or a maximum sum of Fifty Dollars per month per car."

Section b of Article 3899 reads, in part as follows:

". . .The Commissioners' Court of the county of the sheriff's residence may, upon the written and sworn application of such officer, stating the necessity therefor, allow one or more automobiles to be used for the sheriff in the discharge of official business, which, if purchased by the county shall be bought in the manner prescribed by law for the purchase of supplies and paid for out of the General Fund of the county and they shall be reported and paid in the same manner as herein provided for other expenses.

"Where the automobile or automobiles are owned by the Sheriff or his Deputies, they shall be allowed four (4¢) cents for each mile traveled in the discharge of official business, which sum shall cover all expenses of the maintenance, depreciation and operation of such automobile. Such mileage shall be reported and paid in the same manner prescribed for other allowable expenses under the provisions of this section. No automobile shall be allowed for any Deputy Sheriff except those regularly employed in outside work. It shall be the duty of the County Auditor, if any, otherwise the Commissioners' Court, to check the speedometer reading of each of said automobiles, owned by the county once each month and to keep a public record thereof; no automobile owned by the county shall be used for any private purpose."

Article 3899, Revised Civil Statutes, Section (b) further provides for certain expenses of county officers of counties operating on a salary basis.

We are informed by the Comptroller's office that Cass County has a population of 20,000 inhabitants according to the last Federal census and that the county officers of Cass County are compensated on an annual salary basis.

Senate Concurrent Resolution No. 40, mentioned in your letter, was filed in the Department of State on May 17, 1935. Article 3899 was amended by the 45th Legislature, Acts, 1937, without the provisions of Senate Concurrent Resolution No. 40 being incorporated therein. The terms of Article 3899 are clear and unambiguous, and you are respectfully advised that it is the opinion of this department that a sheriff who receives a salary as compensation for his services should be paid the sum of 4¢ for each mile traveled by automobile in the discharge of official business where the automobile is owned by the sheriff.

Trusting that the foregoing answers your inquiry, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (Signed) Ardell Williams
Assistant

APPROVED JULY 26, 1939
(Signed) W. F. Moore
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY BWB, Chairman

jrb